PER CURIAM.
Affirmed. See State v. Isaac, 436 So.2d 189 (Fla. 2d DCA 1983); Jordan v. State, 419 So.2d 363 (Fla. 1st DCA 1982); Way v. State, 418 So.2d 1227 (Fla. 3d DCA 1982); Asmer v. State, 416 So.2d 485 (Fla. 4th DCA 1982); De La Cova v. State, 355 So.2d 1227 (Fla. 3d DCA 1978); Amato v. State, 296 So.2d 609 (Fla. 3d DCA 1974); Compare, Lockett v. Blackburn, 571 F.2d 309 (5th Cir.1978).